### WILSON *et al. v.* SYKES.

BECK, J. Under the evidence submitted, there was no abuse of discretion on the part of the trial judge in refusing the interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

APRIL 13, 1915.

Petition for injunction. Before Judge Cox. Decatur superior court. January 6, 1915.

*A. E. Thornton* and *W. V. Custer,* for plaintiffs.

*T. S. Hawes,* for defendant.